UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| TAMMY BERERA, individually<br>and on behalf of all others<br>similarly situated, | ) ) ) | |
| | ) | Civil Case No. |
|      Plaintiffs, | ) | 5:13-cv-294-JMH |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MESA MEDICAL GROUP, PLLC, | ) | |
| | ) | |
|      Defendant. | ) | |

\*\*\*

In accordance with the Court's Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**;

(2) that all scheduled proceedings are **CONTINUED GENERALLY**;

(3) that all pending motions are **DENIED AS MOOT**;

(4) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**;

(5) that this matter shall be, and the same hereby is, **STRICKEN FROM THE ACTIVE DOCKET.**

This the 3rd day of January, 2014.



**Signed By:**

*Joseph M. Hood*

**Senior U.S. District Judge**